**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Le Pouf, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-1318197 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **700 Milam Street, Suite 1300**<br>**Houston, TX 77002**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://www.lepoufhome.com |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Le Pouf, LLC**                                                                                      Case number *(if known)* _____
         Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4110___

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

---

| Debtor | Le Pouf, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11.** **Why is the case filed in this district?**    *Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

### ▌ Statistical and administrative information

**13.** **Debtor's estimation of available funds**    *Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5001-10,000 | [ ] 50,001-100,000 |
| [x] 100-199 | [ ] 10,001-25,000 | [ ] More than100,000 |
| [ ] 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0 - $50,000 | [x] $1,000,001 - $10 million | [ ] $500,000,001 - $1 billion |
| [ ] $50,001 - $100,000 | [ ] $10,000,001 - $50 million | [ ] $1,000,000,001 - $10 billion |
| [ ] $100,001 - $500,000 | [ ] $50,000,001 - $100 million | [ ] $10,000,000,001 - $50 billion |
| [ ] $500,001 - $1 million | [ ] $100,000,001 - $500 million | [ ] More than $50 billion |

| Debtor | **Le Pouf, LLC** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2023**
                MM / DD / YYYY

**X** /s/ Gayla Bella                          **Gayla Bella**
Signature of authorized representative of debtor    Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

**X** /s/ Michael D. Warner          Date    **September 11, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Michael D. Warner**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**440 Louisiana Street**
**Suite 900**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone    **713-691-9385**       Email address    **mwarner@pszjlaw.com**

**00792304 TX**
Bar number and State

Debtor   **Le Pouf, LLC**_____      Case number (*if known*) _____
          Name

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter  __11__ |

☐ Check if this an
   amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Heavy Metal, Inc.** | | Relationship to you | **Affiliate** |
| District | | When | Case number, if known | |
| Debtor | **Best Selling Home Decor Furniture, LLC** | | Relationship to you | **Affiliate** |
| District | | When | Case number, if known | |
| Debtor | **NH Services LLC** | | Relationship to you | **Affiliate** |
| District | | When | Case number, if known | |
| Debtor | **Noble House Home Furnishings LLC** | | Relationship to you | **Affiliate** |
| District | | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Le Pouf, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration    **List of Equity Security Holders, Corporate Ownership Statement, and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 11, 2023**     X */s/ Gayla Bella*

                                     Signature of individual signing on behalf of debtor

                                     **Gayla Bella**

                                     Printed name

                                     **Chief Financial Officer**

                                     Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Written Consent of Member
## of
## Le Pouf, LLC

### Effective as of September 8, 2023

The undersigned, being the sole member (the "**Sole Member**") of **LE POUF, LLC**, a California limited liability company (the "**Company**"), pursuant to laws of the state of California, does hereby consent to the adoption of the resolutions set forth below with the same force and effect as though adopted at a meeting duly called and held for the purpose of acting upon proposals to adopt such resolutions, and directs that this Written Consent of Member be filed in the records of the Company.

**WHEREAS**, the Company is a consolidated wholly owned subsidiary of Noble House Home Furnishing LLC ("**Noble House**") and the board of managers of Noble House has approved the filing of a petition seeking relief under chapter 11 of the bankruptcy code;

**WHEREAS,** the continuing liquidity constraints facing the Company and borrowing restrictions under Noble House's credit facility have resulted in the Company being unable to pay its debts as they come due and successfully operate its business; and

**WHEREAS,** the Sole Member has reviewed the consolidated financial statements and cash flow projections of the Noble House and its consolidated subsidiaries, including the Company, and evaluated the ability of the Company to cover short-term obligations and pay long-term obligations;

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, employees, members, and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**FURTHER RESOLVED**, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

**FURTHER RRESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel  to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance each Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

**FURTHER RESOLVED**, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Epiq Corporate Restructuring, LLC ("Epiq"), as claims and noticing agent, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of Epiq;

**FURTHER RESOLVED**, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

**FURTHER RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

**FURTHER RESOLVED**, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company that the Company sell substantially all of its assets and, therefore, the Company is hereby authorized to enter into one or more asset purchase agreements to effectuate such sale on such terms that management determines will maximize value, and the Company is further authorized to file motions to approve such sale and for any related relief, or to approve a sale to a higher and better bidder, and to close such sale, subject to Bankruptcy Court approval in the Company's chapter 11 proceedings;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement;

**FURTHER RESOLVED**, that Gayla Bella be appointed to serve as chief financial officer of the Company until her successor is duly elected and qualified; and

DocuSign Envelope ID: C6999403-C460-4AA5-9529-A08A469ED3C3

**FURTHER RESOLVED**, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*Remainder of Page Has Been Intentionally Left Blank*

**IN WITNESS WHEREOF**, the undersigned Sole Member has executed this Written Consent of Member as of the date first written above.

NOBLE HOUSE HOME FURNISHINGS LLC,
Member

By:  Marshall R. Bernes
     AA2AD92319A7420...
     Marshall R. Bernes
     Chief Executive Officer

*[SIGNATURE PAGE TO WRITTEN CONSENT OF MEMBER OF LE POUF, LLC]*

DOCS_LA:350523.5 61051/001

**Fill in this information to identify the case:**

Debtor name Le Pouf, LLC

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1. Jiang Su Chairone Home Furniture Co., Ltd No. 333 Xuhuai Rd., Zhongxing Town Siyang County Suqian City, Jiangsu 223700 CHINA | Name: Mr. Wu Telephone: 13801768850 Email: gm-wgs@chairone.net | Trade Debt | Unliquidated | | | $4,203,015.88 |
| 2. HA Thanh Import-Export Company Limited 108 Ly Thai To Street, Quang Trung Ward Quy Nhon City, Binh Dinh Province  55000 VIETNAM | Name:  Ms. Le Thi Phuong Thao Telephone: 84 901 805 777 Email: lethao1851@gmail.com | Trade Debt | Unliquidated | | | $4,046,770.65 |

1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3. | Wegmans Furniture Industries SDN BHD Lot PTD 3504, Jalan Bakri Batu 7 ½ Muar, Johor 84200 MALAYSIA | Name: Collin Telephone: 00 606 986 7897 / 60126396622 Email: collin@wegmansfurniture.com | Trade Debt | Unliquidated | | | $3,091,389.17 |
| 4. | Phu Tai Joint Stock Company Phuoc Thanh Commune Tuy Phuoc District, CA  55113 VIETNAM | Name: Mr. Nguyen Sy Hoe Telephone: 84 903 581 798 Email: nguyensyhoe@gmail.com | Trade Debt | Unliquidated | | | $2,892,926.15 |
| 5. | Suzhou Shushi Furniture Co Ltd No. 18 Laoliuhe Road Chengxiang Town Taicang, Jiangsu  215411 CHINA | Name: Ruobin Tang Telephone: 13862386823 Email: rbtang@szss.com.cn | Trade Debt | Unliquidated | | | $2,187,234.64 |
| 6. | Eco Tech Co., Ltd Lot A5-A6 Phuoc An Industrial Zone Tuy Phuoc Dist, Binh Dinh Province  55000 VIETNAM | Name: Mr. Hoang Quy Thach Telephone: 84 903 550 074 Email: ecotech@thachoang.com | Trade Debt | Unliquidated | | | $2,055,046.45 |
| 7. | Vinafor Danang Wood Processing Enterprise No 42 Lac Long Quan Str. Hoa Khanh Bac Ward Lien Chieu District, Da Nang 50000 VIETNAM | Name: Mr. Huynh The Vinh Telephone: 84 905 112 669 Email: vinh.vinafordn@gmail.com | Trade Debt | Unliquidated | | | $2,041,692.72 |

DOCS_LA:351104.1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. | Grand Universe Investment Ltd. Photoelectric Industry Base Xiamei Town, Nanan Quanzhou City Fujian, CA 1809 CHINA | Name: Monica Telephone: 13636915150 / 86-595 2288 1048 Email: monica@sanshui co.cn | Trade Debt | Unliquidated | | | $2,026,494.42 |
| 9. | FEDEX P.O. Box 7221 Pasadena, CA 91109-7321 USA | Telephone: 800-463-3339 Email: customersolution s@fedex.com | Trade Debt | Unliquidated | | | $1,757,062.67 |
| 10. | Bazhou Hongjiang Furniture Co.,Ltd Economic Cooperation Area, Shengfang Town Bazhou City, Hebei Province 065700 CHINA | Name: Tianjiang Telephone: 15132653333 Email: sales3@cnhjjj.co m | Trade Debt | Unliquidated | | | $1,645,164.97 |
| 11. | Fujian Anxi Jiafu Handicrafts Co.,Ltd. Tongmei Industrial Area Anxi, Fujian 362400 CHINA | Name: Winson Telephone: 13959913113 Email: anxijiafu@vip.16 3.com | Trade Debt | Unliquidated | | | $1,608,602.28 |

3

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12. Haining Zhenyi Furniture Co.,Ltd No.6 South Sangzhi Road Zhouwangmiao Town Haining City, Zhejiang 314407 CHINA | Name: Mr. Feng (Fenglingjie) Telephone: 13806726809 Email: 13806726809@139.com | Trade Debt | Unliquidated | | | $1,436,068.62 |
| 13. Anji Qianghong Furniture Co.,Ltd Yishita Industrial Zone. Anji County Huzhou City, Zhejiang 313300 CHINA | Name: Mr Lou (Louzhihong) Telephone: 13967275059 Email: nicknie@ajhongs.com | Trade Debt | Unliquidated | | | $1,300,678.16 |
| 14. 19 Forestry Joint Stock Company D1.4 Lot, Nhon Hoa Industrial Park Nhon Hoa Ward An Nhon Town, Binh Dinh Province  55112 VIETNAM | Name: Mr. Bui Van Khoanh Telephone: 84 903 574 197 Email: vankhoanh@gmail.com | Trade Debt | Unliquidated | | | $1,260,420.54 |
| 15. King Import & Export Trade Co., Limited Room 2109, No.188 Siping Road Hongkou, Shanghai 200081 CHINA | Name: King Telephone: 86 139 1822 4133 Email: king@kingshipping.com | Trade Debt | Unliquidated | | | $1,239,535.00 |

DOCS_LA:351104.1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16. Caoxian Mu Si Te Crafts Co., Ltd North Of The Middle of Yalujiang Rd. Qinghe Subdistrict Office Cao County Heze City, Shandong Province 274400 CHINA | Name: Lewis Telephone: 0530-3061168 / 15864606199 Email: fuyang11@sdfygy.com | Trade Debt | Unliquidated | | | $1,115,947.97 |
| 17. A-IHome Furniture Ltd No3439 Linggongtang Road Nanhu Zone Jiaxing Zhejiang 314006 CHINA | Name: Jame Jiang Telephone: 18668359977 Email: ihome001@vip.163.com | Trade Debt | Unliquidated | | | $1,111,980.23 |
| 18. Forest Products Export Joint-Stock Company of Quangnam Dien Ngoc Village, Dien Ban  District Dien Ban Town Quangnam Province  51000 VIETNAM | Name: Mr. Phan Anh Tuan Telephone: 84 905 114 287 Email: xndienngoc@forexco.vn | Trade Debt | Unliquidated | | | $1,060,120.86 |
| 19. Tongxiang Jason Import & Export Co.,Ltd No. 1500, Guangming Road Tongxiang, Zhejiang 314500 CHINA | Name: Jason Yang Telephone: 13758328477 Email: Jasonfurniture@vip.163.com | Trade Debt | Unliquidated | | | $917,028.59 |

5

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20. Hao Mei Limited (HK) No 27, Kai Yuan Road Dong Hua Street, Long You County, Qu Zhou City,Zhejiang Province 324000 CHINA | Name: Mr. Liu Telephone: 86 13702454235 Email: ljy@haomei.hk | Trade Debt | Unliquidated | | | $908,636.73 |
| 21. Lion International Logistics (HK) Co.,Limited Unit 1216,12/F, Bonded Goods Market Building Xiangyu Road ,No.88 Xiamen, CA 999077 CHINA | Name: Wang Weiguang Telephone: 86 139 5018 8472 Email: wangweiguang@lionlogi.com.cn | Trade Debt | Unliquidated | | | $810,347.00 |
| 22. Kingston Industry Vietnam Ltd Lot B8 Center Road Phu Tai Industrial Zone Tran Quang Dieu Ward Quy Nhon City, Binh Dinh Province  55000 VIETNAM | Name: Ms. Cao Phuong Thao Telephone: 84 983 683 083 Email: thao@kingstonvn.com | Trade Debt | Unliquidated | | | $808,353.11 |

DOCS_LA:351104.1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23. | Hangzhou Changshun Furniture Co., Ltd. No. 88, Zhumufan Yushan Industry Zone, Fuyang Hangzhou, Zhejiang 311400 CHINA | Name: Mr. Peng Telephone: 13805765305 Email: furniture@hzchangshun.com | Trade Debt | Unliquidated | | | $777,073.16 |
| 24. | Xin Jian Hardware Limited No.5,Jinji Rd. Dapianmei Industrial Zone Dalinshan Town Dongguan City, Guangdong Province 523820 CHINA | Name: Jason Wang Telephone: 13828805740 Email: wangjun.0203@163.com | Trade Debt | Unliquidated | | | $752,977.19 |
| 25. | Anxi Future Star Crafts Co., Ltd Anxi Business Investment Zone Quanzhou, Fujian  362400 CHINA | Name: Mr. Ye Telephone: 189 6564 1819 Email: chaodong@futurecrafts.net | Trade Debt | Unliquidated | | | $746,036.17 |
| 26. | Anji Yiyuan Furniture Co., Ltd. Building 1 Baishuiwan Industrial Park Tianhuangping Huzhou, Zhejiang 313301 CHINA | Name: Linda Chen Telephone: 15857213808/05272-5700315 Email: lindachen@z-maxcraftfurniture.cn | Trade Debt | Unliquidated | | | $723,116.08 |

DOCS_LA:351104.1

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27. Cam Ha Joint-Stock Company 448 Hung Vuong Str, 3rd Group Thanh Ha Ward Hoi An City, Quang Nam Province  51000 VIETNAM | Name: Mr. Duong Phu Minh Hoang Telephone:  84 905 454 745  Email: hoangcamha@camhafurniture.com | Trade Debt | Unliquidated | | | $721,259.76 |
| 28. Hangzhou Hengzhijie Import And Export Co., Ltd. Jian Bei North Rd 35, Qiantan Town Jiande City, Zhejiang Province 311602 CHINA | Name: Mr. Jiang Telephone: 13805704252 Email: jd-xxjianglin@163.com | Trade Debt | Unliquidated | | | $698,494.66 |
| 29. Ningbo Mayard Outdoor Products Co.,Ltd 999 Xinling West Road Shangqiao Economic Development District Xiwu Street, Fenghua Ningbo, Zhejiang 315514 CHINA | Name: Amy Telephone: 13777132696 Email: amy@cnnewsky.net | Trade Debt | Unliquidated | | | $688,907.80 |
| 30. Pudong Prime Int'l Logistics, Inc 9660 Flair Drive, Suite 488 El Monte, CA 91731 USA | Telephone:  626-258-0540 Email: larrypdus@cs.com | Trade Debt | Unliquidated | | | $657,746.00 |

# United States Bankruptcy Court
## Southern District of Texas

In re   **Le Pouf, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Le Pouf, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Noble House Home Furnishings LLC**
**21325 Superior Street**
**Chatsworth, CA 91311**

☐ None [*Check if applicable*]

**September 11, 2023**

Date

/s/ Michael D. Warner
**Michael D. Warner**

Signature of Attorney or Litigant

Counsel for   **Le Pouf, LLC**

**Pachulski Stang Ziehl & Jones LLP**
**440 Louisiana Street**
**Suite 900**
**Houston, TX 77002**
**713-691-9385 Fax:713-691-9407**
**mwarner@pszjlaw.com**

# United States Bankruptcy Court
## Southern District of Texas

In re    **Le Pouf, LLC** _____    Case No. _____
                                    Debtor(s)                         Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Noble House Home Furnishings LLC**<br>**21325 Superior Street**<br>**Chatsworth, CA 91311** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **September 11, 2023** _____    Signature    */s/ Gayla Bella* _____
                                                                      **Gayla Bella**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LE POUF, LLC[1],<br><br>            Debtor. | Chapter 11<br><br>Case No. 23-_____ (___)<br><br>(Joint Administration Pending) |

**CERTIFICATION OF CREDITOR MATRIX**

Pursuant to Rule 1007(a) of the Federal Rules of Bankruptcy Procedure, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors") hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1]The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are:  Noble House Home Furnishings LLC (1671); Best Selling Home Decor Furniture, LLC (5580), Le Pouf, LLC (8197), NH Services LLC (9626), and Heavy Metal, Inc. (3124).  The Debtors' service address in these Chapter 11 cases is 700 Milam Street, Suite 1300, Houston, TX 77002.